OPDYKE *vs.* CORLES.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

The holder of a negotiable note or bill of exchange, has a right to have it protested against the maker, drawer or any of the parties, even when it would not be necessary to do so to hold them liable; because it entitles him to claim interest.

Where the defendant waives delay and submits the case readily for decision, the damages for a frivolous appeal will be mitigated and reduced.

This is an action on a promissory note signed by the defendant, and payable to M. Perks, and by him endorsed. The note was duly protested for non-payment at maturity, and now judgment is prayed against the defendant, as the maker thereof, with costs of protest, interest and costs of court.

The defendant pleaded a general denial. There was judgment against him, and he appealed.

*Grivot*, for the plaintiff, prayed the affirmance of judgment, with ten per cent. damages.

*Durell*, contra, insisted the judment was erroneous, inasmuch as it condemned the defendant to pay the costs of protest. This was not necessary, to hold the maker of a note, or drawer of a bill, or any of the parties to it, when notice of non-payment, without the formality of a protest, would suffice.

*Simon, J.,* delivered the opinion of the court.

This is a very plain case, which appears to have been brought up for the purpose of delay. The appellant's counsel, however, urges (and this is the only point presented to our consideration,) that his client ought not to have been condemned to pay the costs of protest, because such protest is not necessary to hold the drawer of an inland bill or note, or

EASTERN DIST.
*December,* 1840.

The holder of a negotiable note or bill of exchange, has a right to have it protested against the maker, drawer or any of the parties, even when it would not be necessary to do so, to hold them liable; because it entitles him to claim interest.

Where the defendant waives delay, and submits the case readily for decision, the damages for a frivolous appeal will be mitigated and reduced.

any of the parties thereto liable: *De minimis non curat lex*; and had not the defendant intended to delay the execution of the judgment appealed from, he should have submitted to the decision of the lower court. We are, however, disposed to satisfy him on the point in controversy; and although a regular protest was useless to bind the drawer, and, perhaps, not necessary to hold the other parties to the note sued on, still, we think, it was useful to the plaintiff, who had a right to have it regularly protested for non-payment, in order to entitle himself to the legal interest on the amount thereof, from the day of the protest: *1 Moreau's Digest, 92, sec. 2, of an act of the 14th February,* 1821.

The plaintiff prays the affirmance of the judgment, with ten per cent. damages, as for a frivolous appeal; but considering that this case has been submitted, out of its turn, with the consent of the defendant, and that had said defendant declined to submit it, he might have obtained a further delay, which he readily waived, we shall only allow the plaintiff five per cent. damages.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs and five per cent. damages.